# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, )<br>)<br>Plaintiff, )<br>) NO. 19-CV-5434<br>CPX WARRENVILLE OPAG, LLC, )<br>)<br>Defendant. ) | |

## JOINT NOTICE OF SETTLEMENT

NOW COMES Plaintiff HOWARD COHAN and Defendant, CPX WARRENVILLE OPAG, LLC (hereinafter the "Parties"), by and through their respective counsel, and submit this Joint Notice of Settlement and inform the Court as follows:

1. The Parties have reached an agreement to resolve the claims in this matter; and

2. The Parties are in the process of finalizing a settlement agreement and related documents then, the parties will be filing the appropriate pleadings with the Court once the settlement documents are finalized.

The Parties respectfully request that all deadlines in the matter be stayed in the interim.

Jointly submitted this 18th day of May, 2020.

Respectfully submitted,

**Law Offices of Robert M. Kaplan, P.C.**  
Counsel for the Plaintiff  
1535 W. Schaumburg Rd., Suite 204  
Schaumburg, IL 60194  
Tel:  (847) 895-9151  
Fax:  (847) 895-7320  

By: /s/ Robert M. Kaplan  
Robert M. Kaplan, Esq.  
IL Bar No.: 6206215  
rmkap@robertkaplanlaw.com  

**Lewis Brisbois**  
Counsel for Defendant  
550 W. Adams Street, Suite 300  
Chicago, IL 60661  
Tel:  (312) 463-3325  
Fax:  (312) 345-1778  

By: /s/ Siobhan M. Murphy  
Siobhan M. Murphy, Esq.  
IL Bar No.: 6207431  
Siobhan.murphy@lewisbrisbois.com  

4835-1836-4092.2

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 18th day of May 2020, I caused a copy of Joint Notice of Settlement to be served on all counsel of record by filing an electronic copy with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users.

                                                /s/ Alexander W. Sternberg