UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

HOWARD COHAN,                          CASE NO.: 19-cv-05434

    Plaintiff,

vs.                                       INJUNCTIVE RELIEF SOUGHT

CPX WARRENVILLE
OPAG, LLC

    Defendant,
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Howard Cohan ("Plaintiff") and Defendant, CPX WARRENVILLE OPAG, LLC ("Defendant") ("Plaintiff and Defendant are collectively referred to as the Parties"), having entered into a Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. Attorney's fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement. The effectiveness of this Stipulation is conditioned upon the Court's entry of a Final Order dismissing this action with prejudice (the "Order"). The parties hereby stipulate and agree to the entry of the attached proposed Order and respectfully request that the Court enter the same.

4837-1648-3262.1

Jointly submitted this 2nd day of June, 2020.

Respectfully submitted,

| | |
|---|---|
| **Law Offices of Robert M. Kaplan, P.C.** | **Lewis Brisbois** |
| Counsel for the Plaintiff | Counsel for Defendant |
| 1535 W. Schaumburg Rd., Suite 204 | 550 W. Adams Street, Suite 300 |
| Schaumburg, IL 60194 | Chicago, IL 60661 |
| Tel:     (847) 895-9151 | Tel:     (312) 463-3325 |
| Fax:     (847) 895-7320 | Fax:     (312) 345-1778 |
| | |
| By: /s/ Robert M. Kaplan | By: /s/ Siobhan M. Murphy |
| Robert M. Kaplan, Esq. | Siobhan M. Murphy, Esq. |
| IL Bar No.: 6206215 | IL Bar No.: 6207431 |
| rmkap@robertkaplanlaw.com | Siobhan.murphy@lewisbrisbois.com |

ROBERT M. KAPLAN
LAW OFFICES OF ROBERT M. KAPLAN, P.C.
Attorney for Plaintiff
1535 W. Schaumburg Road, #204
Schaumburg, Illinois 60194
(847) 894-9151
IL Bar No. 6206215
rmkap@robertkaplanlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 2nd day of June 2020, I caused a copy of Joint Stipulation of Dismissal with Prejudice to be served on all counsel of record by filing an electronic copy with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users.

                                                  /s/ Alexandra W. Sternberg